IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FAUSTO JAIME GUTIERREZ,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>**Respondent**. )<br>_____ ) | No. CV-F 05-872  AWI<br><br>(No. CR-F 00-5441  AWI)<br><br>**ORDER ON PETITIONER'S REQUEST FOR RELIEF UNDER 28 U.S.C. § 2255** |

Petitioner Fausto Jaime Gutierrez ("Petitioner") seeks relief under 28 U.S.C. § 2255 from the sentence of 188 months custody in the Bureau of Prisons that was imposed by this Court on November 20, 2001.  A jury found Petitioner guilty of possession with intent to distribute methamphetamine under 21 U.S.C. § 841(a)(1).  Petitioner's conviction was affirmed by the Ninth Circuit on January 2, 2003.  On May 9, 2003, Petitioner filed a § 2255 petition that requested an interview be arranged so that he could identify a third party involved in his drug offense and requested that he be placed in witness protection.  That petition was denied on May 25, 2004.  The current petition was filed on July 6, 2005.  Petitioner's current petition seeks to have his sentence reduced through application of *United States v. Booker*, 543 U.S. 220 (2005).

Assuming that this current petition is not time barred, Petitioner is not entitled relief. "*Booker* is not retroactive, and does not apply to cases on collateral review where the conviction was final as of the date of *Booker*'s publication."  United States v. Cruz, 423 F.3d 1119, 1121

(9th Cir. 2005).  *Booker* was decided on January 12, 2005.  Petitioner's conviction became final in 2003, well before January 12, 2005.

    Accordingly, IT IS HEREBY ORDERED that Petitioner's requested relief under 28 U.S.C. § 2255 is DENIED.

IT IS SO ORDERED.

**Dated:   April 25, 2008**           /s/ Anthony W. Ishii
                                             UNITED STATES DISTRICT JUDGE